# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-25-00038-CR**
**NO. 03-25-00039-CR**
**NO. 03-25-00040-CR**
**NO. 03-25-00041-CR**
**NO. 03-25-00042-CR**

---

**The State of Texas, Appellant**

**v.**

**Angel Del Hoyo, Appellee**

---

**FROM THE 22ND DISTRICT COURT OF COMAL COUNTY**
**NOS. CR2019-524A, CR2019-525A, CR2019-526A, CR2023-486A, & CR2023-487A,**
**THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING**

---

# M E M O R A N D U M   O P I N I O N

The State filed notices of appeal in the above causes from orders granting Appellee's motions to dismiss for denial of a speedy trial and dismissing the associated causes with prejudice. The State has moved to consolidate its five appeals in the interest of judicial efficiency for both the Court and the parties. We asked Appellee to respond to the State's motion to consolidate, giving him more than 10 days to respond, but he has not done so. We proceed to decide the State's motion. *See* Tex. R. App. P. 10.1(b).

We grant the State's motion and consolidate its appeals. The record and all filings from cause numbers 03-25-00039-CR, 03-25-00040-CR, 03-25-00041-CR, and 03-25-00042-CR are consolidated into cause number 03-25-00038-CR. The consolidated appeal will proceed under

cause number 03-25-00038-CR, and cause numbers 03-25-00039-CR, 03-25-00040-CR, 03-25-00041-CR, and 03-25-00042-CR are dismissed. *See, e.g.*, *State v. Padon*, Nos. 03-16-00530-CR – 03-16-00532-CR, 2016 WL 4628063, at \*1 (Tex. App.—Austin Aug. 31, 2016, no pet.) (mem. op., not designated for publication) (following similar procedure); *Marcopoulos v. State*, No. 01-15-00318-CR, 2015 WL 5300149, at \*1 (Tex. App.—Houston [1st Dist.] Sept. 10, 2015, no pet.) (mem. op., not designated for publication) (per curiam) (same). Briefing will proceed in accordance with the Rules of Appellate Procedure.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

03-25-00038-CR   Consolidated
03-25-00039-CR   Dismissed
03-25-00040-CR   Dismissed
03-25-00041-CR   Dismissed
03-25-00042-CR   Dismissed

Filed:   March 28, 2025

Do Not Publish